line on page four thereof and substituting the word "intrastate" therefor, so that the sentence will read: "The fair value of its intrastate property was thus claimed to be $38,350,882.32 and the net amount available at the Commission's rate for return on intrastate deliveries of gas as less than four per cent." Reported as amended, *ante,* p. 224.

No. 72. CROWN CORK & SEAL CO. *v.* FERDINAND GUT-MANN CO. May 31, 1938. The motion to amend the judgment is denied. *Messrs. Thomas G. Haight* and *John J. Darby* for petitioner. *Mr. Wm. E. Warland* for respondent.

No. 437. HINDERLIDER, STATE ENGINEER, ET AL. *v.* LA-PLATA RIVER & CHERRY CREEK DITCH CO. See *ante,* p. 92.

No. 877. STAHMANN ET AL. *v.* VIDAL, COLLECTOR OF INTERNAL REVENUE. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted, limited to the question whether the petitioners were the proper parties to maintain the suit. *Mr. Thornton Hardie* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.

No. 905. DAVIS *v.* DAVIS. April 25, 1938. Petition for writ of certiorari to the Court of Appeals for the